**No. 26-4716**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

ASHLEY M. GJOVIK,

*Plaintiff-Appellant*,

v.

APPLE INC.,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:23-cv-04597-EMC
Hon. Edward M. Chen

# EXCERPTS OF RECORD
# INDEX VOLUME

Ashley M. Gjovik
2108 N St., Ste. 4553
Sacramento, CA 95816
(408) 883-4428
legal@ashleygjovik.com

*Plaintiff-Appellant, In Propria Persona*

## INDEX TO EXCERPTS OF RECORD


| Volume | Contents | ER Pages |
|---|---|---|
| 1 of 4 | Judgment and orders under review | 1-ER-1 to 233 |
| 2 of 4 | Other record documents, June 11, 2026 back to Apr. 25, 2026 | 2-ER-234 to 394 |
| 3 of 4 | Other record documents, Apr. 24, 2026 back to Jan. 31, 2025 | 3-ER-395 to 647 |
| 4 of 4 | Other record documents, Jan. 31, 2025 back to Dec. 21, 2023; Notice of Appeal; district court docket sheet | 4-ER-648 to 903 |


## VOLUME 1 OF 4

*Judgment and Orders Under Review*


| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Judgment (entire; 1 page) | 390 | 6/24/2026 | 1-ER-2 |
| Order Denying Plaintiff's Motion for Summary Judgment, Granting Apple's Cross-Motion, and Striking Declarations (entire; 40 pages) | 389 | 6/24/2026 | 1-ER-3 |
| Order Denying Motion for Relief from Magistrate Judge's Order (Dkt. 383) (entire; 3 pages) | 386 | 6/9/2026 | 1-ER-43 |
| Order Resolving Remaining Fact Discovery Disputes (Magistrate Judge) (entire; 8 pages) | 383 | 6/4/2026 | 1-ER-46 |
| Order on Plaintiff's Motion re Discovery Deadline (Rule 30(b)(6) deposition; briefing schedule) (entire; 5 pages) | 352 | 4/14/2026 | 1-ER-54 |
| Order Granting in Part Apple's Motion to Extend Discovery Cut-Off (medical discovery) (entire; 4 pages) | 345 | 4/8/2026 | 1-ER-59 |
| Order Denying Motions for Relief from Magistrate Judge's Orders (entire; 7 pages) | 344 | 4/8/2026 | 1-ER-63 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Omnibus Discovery Order (Magistrate Judge) (entire; 7 pages) | 327 | 3/30/2026 | 1-ER-70 |
| Order Granting Apple's Motion to Stay (entire; 4 pages) | 255 | 9/4/2025 | 1-ER-77 |
| Stipulated Protective Order (Northern District model order), entered by the Magistrate Judge (entire; 12 pages) | 235 | 7/7/2025 | 1-ER-81 |
| Order Denying Plaintiff's Motion to Quash and Stay (Dkt. 211) (entire; 3 pages) | 213 | 5/14/2025 | 1-ER-93 |
| Order Denying Motion for Entry of Partial Final Judgment (entire; 4 pages) | 204 | 4/15/2025 | 1-ER-96 |
| Order Granting in Part Motion to Dismiss Fifth Amended Complaint and Denying Motion to Amend (entire; 34 pages) | 179 | 2/27/2025 | 1-ER-100 |
| Order Denying Plaintiff's Request for Additional Pages (entire; 4 pages) | 123 | 10/25/2024 | 1-ER-134 |
| Order Granting in Part and Denying in Part Motion to Dismiss Fourth Amended Complaint (entire; 41 pages) | 112 | 10/1/2024 | 1-ER-138 |
| Minute Entry, Aug. 28, 2024 Hearing (entire; 1 page) | 104 | 8/28/2024 | 1-ER-179 |
| Order Denying Leave to File Sur-Reply (entire; 1 page) | 98 | 8/22/2024 | 1-ER-180 |
| Order Granting in Part and Denying in Part Motion to Dismiss Third Amended Complaint (entire; 49 pages) | 73 | 5/20/2024 | 1-ER-181 |
| Order Dismissing Second Amended Complaint Under Rule 8 and Setting 75-Page Limit (entire; 4 pages) | 46 | 1/30/2024 | 1-ER-230 |

## VOLUME 2 OF 4

*Other Record Documents*


| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Transcript of June 11, 2026 Summary Judgment Hearing (excerpts: ECF pp. 1-3, 8, 11, 20-22, 26-27) | 395 | 6/11/2026 | 2-ER-235 |
| Plaintiff's Motion for Relief from Magistrate Judge's Order (Dkt. 383) (excerpts: ECF pp. 1, 3-6) | 384 | 6/4/2026 | 2-ER-245 |
| Declaration of Melinda Riechert in Support of Apple's Reply (deposition excerpts) (excerpts: ECF pp. 1-2) | 381 | 5/28/2026 | 2-ER-250 |
| Apple's Reply in Support of Cross-Motion for Summary Judgment (excerpts: ECF pp. 1, 6-7, 10-12, 14) | 380 | 5/28/2026 | 2-ER-252 |
| Declaration of Ashley Gjovik in Support of Reply and Opposition, with Exhibits (stricken) (excerpts: ECF pp. 1, 11, 18, 28-29, 43-47, 49) | 379 | 5/26/2026 | 2-ER-259 |
| Exhibit R – Emails with Okpo re training and leave (Aug. 19-20, 2021) (excerpts: ECF pp. 124-126) | 379 | | 2-ER-270 |
| Exhibit T – Emails re written communications (Sept. 3 and 7, 2021) (excerpts: ECF pp. 137-138, 144) | 379 | | 2-ER-273 |
| Exhibit X – West texts (Nov. 30, 2020) (excerpts: ECF pp. 188-190) | 379 | | 2-ER-276 |
| Declaration of Ashley Gjovik re Certified Deposition Transcripts, with Exhibits A-M (stricken) (excerpts: ECF pp. 1, 3, 10) | 377 | 5/25/2026 | 2-ER-279 |
| Exhibit G – Warner Rule 30(b)(6) deposition, full mini-transcript (excerpts: ECF pp. 254-255, 269, 274, 278, 302, 344) | 377 | | 2-ER-282 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Exhibit H – Gjovik deposition (Dec. 16, 2025) (excerpts: ECF pp. 345-346, 348, 355, 406-407) | 377 | | 2-ER-289 |
| Plaintiff's Reply in Support of MSJ and Opposition to Cross-Motion (corrected) (excerpts: ECF pp. 1, 6-7, 9-10, 15-20, 25-29) | 375 | 5/22/2026 | 2-ER-295 |
| Plaintiff's Reply in Support of MSJ and Opposition to Cross-Motion (first-filed) (excerpts: ECF pp. 1, 9-10, 27) | 374 | 5/21/2026 | 2-ER-311 |
| Declaration of Ekelemchi Okpo (excerpts: ECF pp. 1-3) | 372 | 5/7/2026 | 2-ER-315 |
| Exhibit A – July 28, 2021 email to Okpo (ECF pp. 4-7) | 372 | | 2-ER-318 |
| Exhibit B – Aug. 4, 2021 leave email (ECF pp. 8-10) | 372 | | 2-ER-322 |
| Declaration of Megan Bowman (excerpts: ECF pp. 1, 3-4) | 371 | 5/7/2026 | 2-ER-325 |
| Exhibits F to R – Termination notices for other employees (ECF pp. 43-70) | 371 | | 2-ER-328 |
| Declaration of Robert Aloe (excerpts: ECF pp. 1-5) | 370 | 5/7/2026 | 2-ER-356 |
| Exhibits A to B – Emails to study participants (ECF pp. 6-11) | 370 | | 2-ER-361 |
| Apple's Cross-Motion for Summary Judgment and Opposition (excerpts: ECF pp. 1, 11-13, 15-24) | 367 | 5/7/2026 | 2-ER-367 |
| Apple's Brief re Remaining Discovery Disputes and Opposition to Plaintiff's Discovery Brief (excerpts: ECF p. 1) | 363 | 4/30/2026 | 2-ER-381 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Attachment 1 (Dkt. 363-1) – Exhibits to Apple's discovery brief: Ex. P (Plaintiff's Apr. 9, 2026 email raising her disputes and Apple's Apr. 14 response) (excerpts: ECF pp. 239-240, 242, 245-248) | 363-1 | | 2-ER-382 |
| Plaintiff's Opposition to Apple's Administrative Motion to Strike (excerpts: ECF pp. 1-6) | 362 | 4/25/2026 | 2-ER-389 |


## VOLUME 3 OF 4

*Other Record Documents*


| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Declaration of Ashley Gjovik in Support of Motion for Summary Judgment, with Exhibits 1-50 (excerpts: ECF pp. 1-4, 12-13, 15-20) | 360 | 4/24/2026 | 3-ER-396 |
| Exhibit 2 – Business Conduct ticket HRC000015205 (NYT comment) (excerpts: ECF p. 25) | 360 | | 3-ER-408 |
| Exhibit 3 – Business Conduct ticket HRC000015213 (Twitter posts and press comments, July 24, 2021) (excerpts: ECF pp. 31-32) | 360 | | 3-ER-409 |
| Exhibit 7 – Business Conduct ticket HRC000016297 (escalation of matters concerning her, Aug. 2021) (excerpts: ECF pp. 52-53) | 360 | | 3-ER-411 |
| Exhibit 12 – Emails with EPA on vapor intrusion at 825 Stewart Drive (from Apr. 2021) (excerpts: ECF pp. 86-87) | 360 | | 3-ER-413 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Exhibit 13 – EPA emails declining Apple's proposed nondisclosure agreement; Apple's Aug. 11, 2021 letter and the agreement (excerpts: ECF pp. 101, 106-107, 109) | 360 | | 3-ER-415 |
| Exhibit 14 – EPA August 2021 inspection documentation (excerpts: ECF pp. 114, 116) | 360 | | 3-ER-419 |
| Exhibit 15 – EPA letter of Oct. 7, 2021 on the Aug. 19, 2021 site visit (ECF pp. 122-124) | 360 | | 3-ER-421 |
| Exhibit 16 – Steiger email forwarding her questions on the EH&S request (Mar. 17-18, 2021) (excerpts: ECF pp. 126, 128-129) | 360 | | 3-ER-424 |
| Exhibit 17 – Sealing Work Review, 825 Stewart Drive (Apple consultant, Aug. 2021) (excerpts: ECF pp. 132-134) | 360 | | 3-ER-427 |
| Exhibit 18 – Waibel email with updated notes of July 7, 2021 EH&S meeting (Sept. 9, 2021) (ECF pp. 138-141) | 360 | | 3-ER-430 |
| Exhibit 19 – Issue Confirmation (Aug. 23, 2021) (excerpts: ECF pp. 143, 145, 163, 170-171) | 360 | | 3-ER-434 |
| Exhibit 20 – EEOC notice of scheduled interview on inquiry No. 556-2021-00608 (Aug. 12, 2021) (ECF p. 178) | 360 | | 3-ER-439 |
| Exhibit 21 – EEOC charge confirmation, signed charge, and DFEH right-to-sue notice (Sept. 9-10, 2021) (excerpts: ECF pp. 180, 182-183) | 360 | | 3-ER-440 |
| Exhibit 23 – Labor Commissioner complaint (Aug. 29, 2021) (ECF pp. 198-199) | 360 | | 3-ER-443 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Exhibit 24 – Apple's Responses to Interrogatories, Set One (Aug. 4, 2025) (excerpts: ECF pp. 201, 203-204) | 360 | | 3-ER-445 |
| Exhibit 25 – Apple's Position Statement to U.S. Department of Labor (Mar. 4, 2022) (excerpts: ECF pp. 209-210, 212, 216-218) | 360 | | 3-ER-448 |
| Exhibit 29 – Termination letter (Sept. 9, 2021) (ECF pp. 242-243) | 360 | | 3-ER-454 |
| Exhibit 30 – Bowman-Bertolus emails (Sept. 9, 2021) (ECF pp. 245-248) | 360 | | 3-ER-456 |
| Exhibit 32 – Bertolus deposition (Apr. 17, 2026) (excerpts: ECF pp. 252, 269-270, 277-278, 285, 293, 297) | 360 | | 3-ER-460 |
| Exhibit 34 – Okpo deposition (excerpts: ECF pp. 312, 322-323, 325, 338-339, 341, 343, 345) | 360 | | 3-ER-468 |
| Exhibit 35 – Kagramanov deposition (excerpts: ECF pp. 347, 362, 365, 371-372, 376-377, 380-381) | 360 | | 3-ER-477 |
| Exhibit 36 – West deposition (excerpts: ECF pp. 383, 389-390, 410-411, 418) | 360 | | 3-ER-486 |
| Exhibit 41 – Kagramanov-Gjovik emails (Sept. 9, 2021) (ECF pp. 520-521) | 360 | | 3-ER-492 |
| Exhibit 42 – NLRB complaint, Case 32-CA-284428 (excerpts: ECF pp. 523-525, 535) | 360 | | 3-ER-494 |
| Exhibit 43 – NLRB settlement agreement, Case 32-CA-284428 (excerpts: ECF pp. 543-544) | 360 | | 3-ER-498 |
| Exhibit 46 – 2021 performance review feedback (ECF pp. 556-558) | 360 | | 3-ER-500 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Exhibit 47 – Apple's Amended Responses to Interrogatories, Set Two (Apr. 6, 2026) (excerpts: ECF pp. 560-563) | 360 | | 3-ER-503 |
| Exhibit 48 – Apple's Amended Responses to Interrogatories, Set Three (Apr. 6, 2026) (excerpts: ECF pp. 608-610, 616-618, 620-623, 631) | 360 | | 3-ER-507 |
| Exhibit 49 – Apple's Responses to Requests for Admission, Set One (excerpts: ECF pp. 634, 646, 649) | 360 | | 3-ER-518 |
| Plaintiff's Motion for Summary Judgment and Preliminary Injunction (excerpts: ECF pp. 1, 5, 7-11, 13-14, 16-29) | 359 | 4/24/2026 | 3-ER-521 |
| Plaintiff's Opening Brief on Remaining Discovery Disputes (excerpts: ECF pp. 1, 6-7) | 358 | 4/23/2026 | 3-ER-544 |
| Attachment 1 (Dkt. 358-1) – Exhibit A: meet-and-confer email thread, Apr. 9-23, 2026 (excerpts: ECF pp. 1, 3, 16-18) | 358-1 | | 3-ER-547 |
| Order re Rule 30(b)(6) Deposition (Magistrate Judge) (entire; 2 pages) | 357 | 4/22/2026 | 3-ER-552 |
| Plaintiff's Motion for Relief from Magistrate Judge's Omnibus Discovery Order (Dkt. 327) (excerpts: ECF pp. 1, 3) | 337 | 4/6/2026 | 3-ER-554 |
| Plaintiff's Motion for Relief from Magistrate Judge's Order (Dkt. 326) (excerpts: ECF pp. 1-3) | 336 | 4/6/2026 | 3-ER-556 |
| Plaintiff's Rule 72(a) Objections to Omnibus Discovery Order (Dkt. 327) (stricken by Dkt. 335) (excerpts: ECF pp. 1, 5-7, 18) | 331 | 3/31/2026 | 3-ER-559 |
| Plaintiff's Discovery Letter Brief to Compel Documents re Protected Activity (Request Nos. 7-10, 23-24, 28-32, 37, 40-44, 54) (excerpts: ECF pp. 1-2, 4-6) | 310 | 3/16/2026 | 3-ER-564 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Attachment 1 (Dkt. 310-1) – Declaration with Apple's responses to the requests (Ex. A) and meet-and-confer emails (Ex. B) (excerpts: ECF pp. 1, 9-11, 16-17) | 310-1 | | 3-ER-569 |
| Plaintiff's Motion for Discovery Sanctions Under Rule 26(g) (Attachment 3 only) | 302 | 3/6/2026 | 3-ER-575 |
| Attachment 3 (Dkt. 302-3) – Certified transcript of the July 2, 2025 telephonic discovery conference before the Magistrate Judge (exhibit to the motion) (excerpts: ECF pp. 1-2, 17-18, 60) | 302-3 | | 3-ER-575 |
| Transcript of Jan. 13, 2026 Status Conference (excerpts: ECF pp. 1-3, 13) | 300 | 1/13/2026 | 3-ER-580 |
| Civil Minutes, Jan. 13, 2026 Status Conference (summary-judgment briefing schedule) (entire; 1 page) | 273 | 1/13/2026 | 3-ER-584 |
| Plaintiff's Omnibus Opposition to Apple's Emergency Motion to Stay (excerpts: ECF pp. 1, 31-32) | 250 | 8/27/2025 | 3-ER-585 |
| Transcript of Aug. 5, 2025 Status Conference (excerpts: ECF pp. 1, 10, 14) | 246 | 8/5/2025 | 3-ER-588 |
| Plaintiff's Objection to Apple's Unilateral Discovery Letter (Dkt. 219) and Request to Strike (excerpts: ECF pp. 1, 4, 11) | 220 | 6/12/2025 | 3-ER-591 |
| Apple's Amended Answer to Fifth Amended Complaint (excerpts: ECF pp. 1, 14, 20-21, 24-27, 35, 40, 43-44) | 218 | 6/2/2025 | 3-ER-594 |
| Order on Plaintiff's Motion to Strike Affirmative Defenses (excerpts: ECF pp. 1, 5, 8) | 215 | 5/19/2025 | 3-ER-606 |
| Plaintiff's Motion to Quash Apple's Request for a Protective Order and to Stay Discovery Pending Appeal (excerpts: ECF pp. 1, 7-8) | 211 | 5/13/2025 | 3-ER-609 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Plaintiff's Reply in Support of Rule 54(b) Motion (renewed request for leave to amend) (excerpts: ECF pp. 1, 14, 16) | 202 | 4/14/2025 | 3-ER-612 |
| Apple's Opposition to Rule 54(b) Motion (excerpts: ECF pp. 1, 17) | 198 | 4/7/2025 | 3-ER-615 |
| Transcript of Feb. 21, 2025 Hearing (Motion to Dismiss 5AC) (excerpts: ECF pp. 1, 12-13, 27-28) | 195 | 2/21/2025 | 3-ER-617 |
| Order Granting Apple's Administrative Motion to Stay Response Deadline (entire; 2 pages) | 160 | 2/5/2025 | 3-ER-622 |
| Plaintiff's Motion for Leave to Amend (notice; memorandum at Dkt. 155-1) (excerpts: ECF p. 1) | 155 | 1/31/2025 | 3-ER-624 |
| Attachment 1 (Dkt. 155-1) – Memorandum in support of motion for leave to amend (excerpts: ECF pp. 1, 5-8, 10-27) | 155-1 | | 3-ER-625 |


**VOLUME 4 OF 4**

*Other Record Documents; Notice of Appeal; Docket Sheet*


| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Plaintiff's Request for Judicial Notice and supplemental filings in opposition to motion to dismiss 5AC (excerpts: ECF p. 1) | 154 | 1/31/2025 | 4-ER-649 |
| Attachment 2 (Dkt. 154-2) – Plaintiff's opposition to Apple's request for judicial notice (excerpts: ECF pp. 1-5) | 154-2 | | 4-ER-650 |
| Plaintiff's Opposition to Motion to Dismiss Fifth Amended Complaint (excerpts: ECF pp. 1, 7) | 150 | 1/22/2025 | 4-ER-655 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Fifth Amended Complaint (verified) (excerpts: ECF pp. 1, 4-6, 8-13, 18, 24, 26, 28, 31-35, 37, 44-46, 49-54, 63-64, 78) | 142 | 11/26/2024 | 4-ER-657 |
| Transcript of Aug. 28, 2024 Hearing (Motion to Dismiss 4AC) (excerpts: ECF pp. 1, 4-8, 25) | 106 | 8/28/2024 | 4-ER-689 |
| Plaintiff's Motion for Leave to File Sur-Reply and Proposed Sur-Reply (excerpts: ECF pp. 1, 6, 14, 22, 28-31, 45-55, 75-76) | 93 | 8/18/2024 | 4-ER-696 |
| Apple's Reply in Support of Motion to Dismiss Fourth Amended Complaint (excerpts: ECF pp. 1, 9, 12-13) | 89 | 8/5/2024 | 4-ER-717 |
| Plaintiff's Opposition to Motion to Dismiss Fourth Amended Complaint (excerpts: ECF pp. 1, 10-14, 19-21, 26-36) | 84 | 7/31/2024 | 4-ER-721 |
| Transcript of July 16, 2024 Proceedings (excerpts: ECF pp. 1, 8-9, 22) | 88 | 7/16/2024 | 4-ER-741 |
| Apple's Motion to Dismiss Portions of Fourth Amended Complaint (excerpts: ECF pp. 1, 29) | 78 | 7/15/2024 | 4-ER-745 |
| Fourth Amended Complaint (excerpts: ECF pp. 1, 18, 21, 32, 49-50, 52-53, 57, 59, 61) | 76 | 6/18/2024 | 4-ER-747 |
| Transcript of May 16, 2024 Hearing (Motion to Dismiss TAC) (excerpts: ECF pp. 1, 6, 9, 12-15, 21, 25) | 75 | 5/16/2024 | 4-ER-758 |
| Plaintiff's Opposition to Motion to Dismiss Third Amended Complaint (excerpts: ECF pp. 1, 15-17, 19-24) | 54 | 4/10/2024 | 4-ER-767 |
| Plaintiff's Opposition to Apple's Request for Judicial Notice (Motion to Dismiss TAC) (excerpts: ECF pp. 1, 6-15) | 52 | 4/9/2024 | 4-ER-777 |
| Apple's Motion to Dismiss Third Amended Complaint (excerpts: ECF pp. 1, 35) | 48 | 3/26/2024 | 4-ER-788 |

| Document | Dkt. | Date | ER Page |
|---|---|---|---|
| Third Amended Complaint (excerpts: ECF pp. 1-2, 4, 23, 27, 31-48, 51-53, 57, 64, 66) | 47 | 2/27/2024 | 4-ER-790 |
| Second Amended Complaint (with Parts 2 and 3) (excerpts: ECF pp. 1, 46-50, 57, 60-61, 86, 181, 183-185; Dkt. 32-1: 7; Dkt. 32-2: 39-40, 46-48, 54, 62-63, 164, 196-197, 211-214) | 32 | 12/21/2023 | 4-ER-819 |
| Notice of Appeal (entire; 3 pages) | 399 | 7/22/2026 | 4-ER-849 |
| District court docket sheet (N.D. Cal. No. 3:23-cv-04597-EMC) (entire; 52 pages) | — | | 4-ER-852 |